UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 17-1832

JANINE M. ORIE,
                    Appellant

v.

DISTRICT ATTORNEY ALLEGHENY COUNTY; FRANK J. SCHERER

(W.D. Pa. No. 2-16-cv-00233)

_____

SUR PETITION FOR PANEL REHEARING
_____

Present:  JORDAN, BIBAS and MATEY, *Circuit Judges*.

Having been submitted to the judges who participated in the decision of this Court, it is hereby ORDERED that the petition for rehearing by the panel filed by the appellant in the above-entitled case is GRANTED.  The opinion and judgment entered on November 6, 2019 are hereby vacated.

As the merits panel has granted panel rehearing, no further action will be taken by the en banc court.

BY THE COURT,

 s/  Kent A. Jordan
Circuit Judge

DATED:      December 30, 2019
SLC/cc:     James E. DePasquale, Esq.
            Frank J. Scherer, Esq.